FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1888-H |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., |
| RAUL MOLINA-MONTES (1), | ) | Secs. 1324(a)(1)(A)(iii) and (v)(II) - Harboring Illegal Aliens and Aiding and Abetting |
| SAUL GERARDO (2), | ) | |
| Defendants. | ) | |

The United States Attorney charges:

On or about May 22, 2008, within the Southern District of California, defendants RAUL MOLINA-MONTES and SAUL GERARDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gregorio Gemez-Martinez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a building located at 361 Magnolia Street, El Centro, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: June 10, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
6/9/08