AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RAUL MOLINA-MONTES (1) | CASE NUMBER: 08CR1888-H |

I, RAUL MOLINA-MONTES, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 6-10-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Raul Molina Montes_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
        Judicial Officer

FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _PAZ_  DEPUTY