UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA         2008 JUN 10 P 4:46

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Raul Molina-Montes, et al ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR1888-H <br> ORDER 08mJ8474 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 88551 |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Marcos Manuel Alvarez-Del Torro
06370-298
@ ICJ 88551

DATED: 6/10/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by E. Flores
Deputy Clerk