UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 10 P 4:46

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR1888-H |
| Plaintiff ) | ORDER 08mj8474 |
| vs. ) | RELEASING MATERIAL WITNESS |
| Raul Molina-Montes, et al ) | Booking No. 06373298 |
| Defendant(s) ) | 885513 |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Gregorio Gomez-Martinez

DATED: 6/10/08

RECEIVED _____ DUSM

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Flores
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082