UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 10 P 4: 46

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Raul Molina-Montes, et al ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR1888-H <br> 08mj8474 <br> ORDER <br> <br> RELEASING MATERIAL WITNESS <br> <br> Booking No. 885509 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Constantino Santos-Santos
06372-298
@ ICJ

DATED: 6/10/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk