UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 10 P 4:46

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Raul Molina-Montes, et al )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR1888-H<br>        08mj8474<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 885 512 |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Julio Meicado-Rivera
06371-298
@ ICJ.

DATED: 6/10/08

RECEIVED _____
              DUSM

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk