UNITED STATES DISTRICT COURT

SOUTHEM DISTRICT OF CALIFORNIA



2008 JUN 10 P 4: 01

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Raul Molina-Montes et al ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08CR1888-H <br> 08mj8474 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 885510 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Javier Gomez-Reyes
06369-298
@ ICJ.

DATED: 6/10/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk